UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEVRIM GUNDOGDU

                 Plaintiff,

-against-

CITY OF NEW YORK,
NYPD OFFICER DOE, 14th PCT.

                 Defendants.

Index No. : 08 CV 02465

**AFFIDAVIT OF SERVICE**

State of New York   )
                           ) ss.:
County of New York )

    Luis R. Ayala, being duly sworn, deposes and says that the deponent is not a party to this action, is over the age of eighteen years, is an independent process server (license number 1024905), and resides in the State of New Jersey:

    (1)    That on the 11th day of March 2008 at 5:12 p.m. deponent served a Summons and Complaint in the above-captioned matter upon defendant City of New York, NYC Law Department, 100 Church Street, New York, NY 1007. The documents were accepted by #7 Tamekia Mendes-Gammon, docketing clerk. Ms. Mendes-Gammon was a female Afro-American, approximately 5'7" tall, 150 pounds, 30 years old, and black hair.

                                                        Luis R. Ayala

Sworn to and Subscribed Before Me
the 25th day of March 25, 2008

_____
Notary Public

SUSAN C. BAILEY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BA6121503
Qualified in New York County
Commission Expires January 18, 2009

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# JUDGE BUCHWALD United States District Court

SOUTHERN **DISTRICT OF** NEW YORK

DEVRIM GUNDOGDU,

                      Plaintiffs,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

CITY OF NEW YORK;
NYPD OFFICER DOE, 14th PCT.

08 CV 02465

TO: (Name and address of defendant)

City of New York
NYC Law Department
100 Church Street
New York, NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

George Wachtel
Law Office of Ronald L. Kuby
119 West 23rd Street, Suite 900
New York, NY 10011

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                            MAR 11 2008

CLERK                                                      DATE

(BY) DEPUTY CLERK