UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------

DEVRIM GUNDOGDU,

                    Plaintiff,

          -against-

CITY OF NEW YORK,
NYPD OFFICER DOE, 14TH PCT.,

                    Defendants.
----------------------------------------



08 Civ. 2465(NRB)

NOTICE OF INITIAL
PRETRIAL CONFERENCE

**NAOMI REICE BUCHWALD, District Judge:**

     This action has been assigned to me for all purposes.  Counsel
are directed to appear for an initial pretrial conference with the
Court, at the time and place listed below.  Further, counsel are
reminded that the Federal Rules of Civil Procedure were amended,
effective December 1, 2000, in a number of respects relevant to
pretrial proceedings.  Counsel are directed to confer with each
other prior to the conference, preferably in person, regarding
settlement and the other subjects to be considered at Fed. R. Civ.
P. 16(b) and 26(f) conferences, and to be prepared to report orally
to the Court on those subjects and to identify any discovery which
must precede meaningful settlement discussions.  The disclosure and
discovery requirements of the amended rules will be addressed at
the initial conference.

     At least four (4) days prior to the date of the conference,
all parties must send the Court one copy of all pleadings.

     If this case has been settled or otherwise terminated, counsel
are not required to appear, provided that a stipulation of
discontinuance, voluntary dismissal, or other proof of termination
is delivered to the Court before the date of the conference.

     All conferences with the Court are scheduled for a specific
time; there is no other matter scheduled for that time; and counsel
are directed to appear promptly at the scheduled time.

     **All pretrial conferences must be attended by the attorney who
will serve as principal trial counsel, and counsel must be
authorized to settle the case and to make other appropriate
stipulations.**

Requests for an adjournment may be made only in writing and must be received not later than three business days before the conference. The written submission must (a) specify the reasons for the adjournment, (b) state whether the other parties have consented, and (c) indicate several times and dates in the near future when all counsel are available. Unless counsel are notified that the conference has been adjourned it will be held as scheduled.

**Plaintiff's counsel is directed to so notify all attorneys in this action by serving upon each of them a copy of this notice. If plaintiff's counsel is unaware of the identity of counsel for any of the parties, counsel must forthwith send a copy of the notice to any such party personally.**

**Date and place of conference: July 1, 2008, at 4:30 p.m. at the United States Court House, 500 Pearl Street, New York, New York, in Courtroom 21A.**

Attorneys are directed to consult this Court's Individual Practices with respect to communications with Chambers, adjournments, motions and related matters.

**IT IS SO ORDERED.**

DATED:    New York, New York
          June 2, 2008

NAOMI REICE BUCHWALD
United States District Judge