USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DEVRIM GUNDOGDU,

                  Plaintiff,

-against-

CITY OF NEW YORK, NYPD OFFICER DOE, 14th Pct.,

                  Defendants

**STIPULATION AND ORDER OF SETTLEMENT AND DISMISSAL**

08 CV 02465 (NRB)(AJP)

------------------------------------------------------------X

**WHEREAS**, plaintiff commenced this action by filing a complaint on or about March 11, 2008, alleging violations of her federal and state rights; and

**WHEREAS**, defendants have denied any and all liability arising out of plaintiff's allegations; and

**WHEREAS**, the parties now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

1. The above-referenced action is hereby dismissed, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

2. Defendant City of New York hereby agrees to pay plaintiff Devrim Gundogdu, Five Thousand Dollars ($5,000.00) in full satisfaction of all claims, including claims for costs, expenses and attorney fees. In consideration for the payment of this sum, plaintiff agrees to dismissal of all the claims against defendants, and to release defendant City of New York and any present or former employees or agents of the City of New York or any agency

thereof, from any and all liability, claims, or rights of action arising from and contained in the complaint in this action, including claims for costs, expenses and attorney fees.

3. Plaintiff shall execute and deliver to the defendants' attorney all documents necessary to effect this settlement, including, without limitation, General Releases based on the terms of paragraph "2" above and an Affidavit of No Liens.

4. Nothing contained herein shall be deemed to be an admission by any of the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York of the New York City Police Department.

6. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
      July ___, 2008

| | |
|---|---|
| Law Office of Ronald L. Kuby<br>*Attorney for Plaintiff*<br>119 West 23rd Street, Suite 900<br>New York, NY 10011<br>(212) 529-0223 | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants*<br>100 Church Street, 3-192<br>New York, New York 10007<br>(212) 788-9580 |
| By: _____<br>    GEORGE WACHTEL<br>    7/18/08 | By: _____<br>    AFSAAN SALEEM<br>    Assistant Corporation Counsel<br>    7/23/08 |

SO ORDERED:

_____
U.S.D.J.
7/24/08